PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

BRIAN GEARINGER, Esq. (SBN 146125)
MOSLEY & GEARINGER LLP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone: 415/440-3175
Facsimile: 415/440-3103

Attorneys for Plaintiff
CONCETTA JORGENSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>       Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1-50, Inclusive,<br><br>       Defendants.<br>_____/ | CASE NO.<br><u>Civil Rights</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

//
//
//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

S:\SLR\SAFEWAY\PLEADINGS\CERT INT PARTIES.PL.wpd

1  Dated: June 25, 2007

           PAUL L. REIN
2           JULIE A. OSTIL
           LAW OFFICES OF PAUL L. REIN

3

4           *Julie Ostil*
           Attorneys for Plaintiff:
5           CONCETTA JORGENSEN

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

S:\SLR\SAFEWAY\PLEADINGS\CERT INT PARTIES.PL.wpd