1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (CSB NO. 082482)
2  JOHN N. DAHLBERG (CSB NO. 085122)
   THOMAS C. CHOW (CSB No. 232580)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:    (415) 397-2700
   Facsimile:    (415) 397-3300
5        Attorneys for Safeway, Inc.

6  PAUL L. REIN (SBN 043053)
   JULIE A. OSTIL (SBN 215202)
7  LAW OFFICES OF PAUL L. REIN
   200 lakeside Drive, Suite A
8  Oakland, CA  94612
   Telephone:    (510) 832-5001
9  Facsimile:    (510) 832-4787

10 BRIAN GEARINGER (SBN 146125)
   MOSEY & GEARINGER LLP
11 825 Van Ness Avenue, 4th Floor
   San Francisco, CA  94109-7891
12 Telephone:    (415) 440-3175
   Facsimile:    (415) 440-3103
13       Attorneys for Plaintiff Concetta Jorgensen

14

15             UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | CONCETTA JORGENSEN, | Case No.: No. C07-03278 CW |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| 20 | vs. | |
| 21 | SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1-50, inclusive, | **L.R. 6-1(a)** |
| 22 | | |
| 23 | Defendant. | |

24       Plaintiff Concetta Jorgensen, through her counsel of record Paul Rein, Esq. of the law

25 offices of Paul Rein, and defendant Safeway Inc. ("Safeway") through its attorneys, Dillingham

26 ///

27 ///

28

1 | & Murphy LLP, stipulate and agree that Safeway's time within which to answer or otherwise
2 | respond to the complaint may be enlarged 15 days, or through and until **August 2, 2007**.

3

4
Dated: __7/17__, 2007

LAW OFFICES OF PAUL REIN

By: _/s/ Julie Ostil_____
Attorney for Plaintiff Jorgensen

DILLINGHAM & MURPHY LLP
WILLIAM F. MURPHY
JOHN N. DAHLBERG
THOMAS E. CHOW

Dated: __7/17__, 2007

By: _____
Attorney for Defendant Safeway Inc.

Case No. C07-03278 CW
STIPULATION TO ENLARGE TIME