| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | WILLIAM F. MURPHY (CSB NO. 082482) |
| 2 | J. CROSS CREASON (CSB NO. 209492) |
|   | THOMAS C. CHOW (CSB NO. 232580) |
| 3 | 225 Bush Street, 6th Floor |
|   | San Francisco, California 94104-4207 |
| 4 | Telephone:   (415) 397-2700 |
|   | Facsimile:   (415) 397-3300 |
| 5 | Attorneys for Defendant Safeway Inc., |
|   | and Gary and Deborah Dove |
| 6 | |
|   | PAUL L. REIN (SBN 043053) |
| 7 | JULIE A. OSTIL (SBN 215202) |
|   | LAW OFFICES OF PAUL L. REIN |
| 8 | 200 lakeside Drive, Suite A |
|   | Oakland, CA  94612 |
| 9 | Telephone:   (510) 832-5001 |
|   | Facsimile:   (510) 832-4787 |
| 10 | |
|   | BRIAN GEARINGER (SBN 146125) |
| 11 | MOSEY & GEARINGER LLP |
|   | 825 Van Ness Avenue, 4th Floor |
| 12 | San Francisco, CA  94109-7891 |
|   | Telephone:   (415) 440-3175 |
| 13 | Facsimile:   (415) 440-3103 |
|   | Attorneys for Plaintiff Concetta Jorgensen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN, | Case No.: No. C07-03278 CW |
| Plaintiff, | **STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| SAFEWAY INC., GARY DOVE, DEBORAH DOVE; and DOES 1-50, inclusive, | L.R. 6-1(a) |
| Defendant. | |

Plaintiff Concetta Jorgensen, through her counsel of record Paul Rein, Esq. of the law offices of Paul Rein, and defendants Gary Dove and Deborah Dove ("Dove") through its attorneys, Dillingham & Murphy LLP, stipulate and agree that Doves' time within which to

///

///

Case No. C07-03278 CW
STIPULATION TO ENLARGE TIME

1 | answer or otherwise respond to the complaint may be enlarged through and until **August 13,**
2 | **2007.**

3
4   Dated: July 30, 2007         By: _____
5                                    LAW OFFICES OF PAUL REIN
                                     Attorneys for Plaintiff Jorgensen

6
7                                    DILLINGHAM & MURPHY LLP
                                     WILLIAM F. MURPHY
                                     J. CROSS CREASON
8                                    THOMAS C. CHOW

9
10  Dated: July 30, 2007         By: /s/ William F. Murphy
                                     Attorneys for Defendant Safeway Inc. and
11                                   Gary and Barbara Dove

Case No. C07-03278 CW
STIPULATION TO ENLARGE TIME