| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612 | | |
| Telephone No: 510-832-5001    FAX No: 510-832-4787 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States County Northern Court District Court Branch

Plaintiff: JORGENSEN
Defendant: SAFEWAY, INC.

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703278CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Civil Cover Sheet, Certification Of Interested Entities Or Persons, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Notice, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Blank Consent To Proceed Before A United States Magistrate Judge

3. a. Party served:    GARY DOVE

4. Address where the party was served:    974 BIRDIE CT
   GARDNERVILLE, NV 89460-8966

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 10, 2007 (2) at: 7:00PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LARRY TRIBE
   
   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET
   
   d. The Fee for Service was:    $100.00
   e. I am: Affialite / OUT OF STATE

8. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Date: Wed, Jul. 11, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUM-CIVI/CASE & COMP

(LARRY TRIBE)

reinpr.7316