1   **DILLINGHAM & MURPHY, LLP**
    WILLIAM F. MURPHY (CSB NO. 082482)
2   THOMAS C. CHOW (CSB NO. 232580)
    225 Bush Street, 6th Floor
3   San Francisco, California 94104-4207
    Telephone:    (415) 397-2700
4   Facsimile:    (415) 397-3300

5       Attorneys for Defendant
        SAFEWAY INC.
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                  **OAKLAND DIVISION**

11

12  CONCETTA JORGENSEN,                    Case No.: No. C07-03278 CW

13          Plaintiff,                     **ANSWER TO COMPLAINT**

14      vs.

15  SAFEWAY INC., GARY DOVE;
    DEBORAH DOVE; and DOES 1-50,
16  inclusive,

17          Defendants.

18

19          COMES NOW Defendant SAFEWAY INC. (hereafter "Safeway" or "Defendant") and

20  answers Plaintiff CONCETTA JORGENSEN's (hereafter "Plaintiff") Complaint for

21  Preliminary and Permanent Injunctive Relief and Damages (hereafter "Complaint") as follows:

22          1.      Responding to Paragraph 1 of the Complaint, Safeway admits that it maintained

23  business premises at a Safeway store located at 2 Camino Sobrante, Orinda, California.

24  Safeway admits the allegation that changes to the walkways and parking spaces had been made.

25  Safeway makes no answer to the extent that the allegations of Paragraph 1 are legal conclusions

26  to which no response is necessary.  Safeway currently lacks information sufficient to respond to

27  the allegations that Plaintiff suffered any injuries, and on that basis only denies said allegations.

28  Safeway currently lacks information sufficient to respond to the allegations that Plaintiff is a

1   "person with a disability" or a "physically handicapped person", and on that basis only denies

2   said allegations.  Safeway currently lacks information sufficient to respond to the allegations

3   that Plaintiff has been a customer of Safeway for more than 15 years, and on that basis only

4   denies said allegations.  Safeway currently lacks information sufficient to respond to the

5   allegations that the curb had no warning marking and constituted a hazard for Plaintiff, and on

6   that basis only denies said allegations.  Except as expressly stated, Safeway denies each and

7   every allegation contained in Paragraph 1 of the Complaint.

8         2.      Responding to Paragraph 2 of the Complaint, Safeway admits that this Court has

9   jurisdiction over this action.  Safeway currently lacks information sufficient to respond to the

10  allegations that the Court has supplemental jurisdiction, and on that basis only denies said

11  allegations.  Except as expressly stated, Safeway denies each and every allegation contained in

12  Paragraph 2 of the Complaint.

13        3.      Responding to Paragraph 3 of the Complaint, Safeway admits that venue is

14  proper in this Court.  Except as expressly stated, Safeway denies each and every allegation

15  contained in Paragraph 3 of the Complaint.

16        4.      Responding to Paragraph 4 of the Complaint, Safeway admits that the

17  assignment of this case is proper in this intra district.  Except as expressly stated, Safeway

18  denies each and every allegation contained in Paragraph 4 of the Complaint.

19        5.      Responding to Paragraph 5 of the Complaint, Safeway currently lacks

20  information sufficient to respond to the allegations that Plaintiff is a qualified physically

21  disabled person, and on that basis only denies said allegations.  Safeway currently lacks

22  information sufficient to respond to the allegations regarding Plaintiff's van, and on that basis

23  only denies said allegations.  Safeway admits the allegations that Defendant operates a Safeway

24  store at 2 Camino Sobrante, Orinda, and California.  Safeway currently lacks information

25  sufficient to respond to the allegations that all areas constitute public facilities and public

26  accommodations, and on that basis only denies said allegations.  Safeway makes no answer to

27  the extent that the allegations of Paragraph 5 are legal conclusions to which no response is

28  necessary.  To the extent a response is necessary, Safeway currently lacks information

1  sufficient to respond to the allegations, and on that basis only denies said allegations.  Except as
2  expressly stated, Safeway denies each and every allegation contained in Paragraph 5 of the
3  Complaint.

4        6.     Responding to Paragraph 6 of the Complaint, Safeway makes no answer to the
5  extent that the allegations of Paragraph 6 are legal conclusions to which no response is
6  necessary.  To the extent a response is necessary, Safeway currently lacks information
7  sufficient to respond to the allegations regarding DOE Defendants, and on that basis only
8  denies said allegations.  Except as expressly stated, Safeway denies each and every allegation
9  contained in Paragraph 6 of the Complaint.

10        7.     Responding to Paragraph 7 of the Complaint, Safeway admits the allegations
11  that Defendant operates a Safeway store.  Safeway makes no answer to the extent that the
12  allegations of Paragraph 7 are legal conclusions to which no response is necessary.  To the
13  extent a response is necessary, Safeway currently lacks information sufficient to respond to the
14  allegations that each defendant is an agent, employee, or representative of each of the other
15  defendants, and on that basis only denies said allegations.  Except as expressly stated, Safeway
16  denies each and every allegation contained in Paragraph 7 of the Complaint.

17        8.     Paragraph 8 of the Complaint does not state any allegations requiring a
18  response.  To the degree Paragraph 8 purports to reincorporate the allegations of Paragraphs 1 –
19  7 of the Complaint, Safeway herewith reincorporates its responses thereto as though fully set
20  forth herein.

21        9.     Responding to Paragraph 9 of the Complaint, Safeway makes no answer to the
22  extent that the allegations of Paragraph 9 are legal conclusions to which no response is
23  necessary.  Safeway currently lacks information sufficient to respond to the allegations that
24  Plaintiff is unable to use public facilities on a full and equal basis, and on that basis only denies
25  said allegations.  Safeway currently lacks information sufficient to respond to the allegations
26  that Plaintiff is a member of a protected portion of the public, and on that basis only denies said
27  allegations.  Except as expressly stated, Safeway denies each and every allegation contained in
28  Paragraph 9 of the Complaint.

10.    Responding to Paragraph 10 of the Complaint, the allegations purport to recite the text of statutes, to which no response is required.  Safeway makes no answer to the extent that the allegations of Paragraph 10 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway currently lacks information sufficient to respond to the allegations that the Health and Safety Code apply to the Safeway store operated by Defendant, and on that basis only denies said allegations.  Safeway admits that certain alterations were performed at the premises.  Except as expressly stated, Safeway denies each and every allegation contained in Paragraph 10 of the Complaint.

11.    Responding to Paragraph 11 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 11 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway currently lacks information sufficient to respond to the allegations regarding Plaintiff's status under the Americans with Disabilities Act, and on that basis only denies said allegations.  Safeway currently lacks information sufficient to respond to the allegations regarding Plaintiff's condition and legal entitlements, and on that basis only denies said allegations.  Except as expressly stated, Safeway denies each and every allegation contained in Paragraph 11 of the Complaint.

12.    Responding to Paragraph 12 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 12 are legal conclusions to which no response is necessary.  Safeway admits that the parking area was reconfigured.  Safeway currently lacks information sufficient to respond to the allegations regarding Plaintiff's history, condition, actions, visibility, travel route, and/or injuries, and on that basis only denies said allegations.  Safeway currently lacks information sufficient to respond to the remaining allegations, and on that basis only denies said allegations. Except as expressly stated, Safeway denies each and every allegation contained in Paragraph 12 of the Complaint.

13.    Responding to Paragraph 13 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 13 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway denies each and every allegation contained in Paragraph 13 of the Complaint.

14.     Responding to Paragraph 14 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 14 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway denies each and every allegation contained in Paragraph 14 of the Complaint.

15.     Responding to Paragraph 15 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 15 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway denies each and every allegation contained in Paragraph 15 of the Complaint.

16.     Responding to Paragraph 16 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 16 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway denies that members of the public who are physically disabled are wrongfully excluded, or are excluded at all.  Safeway denies that it discriminated against plaintiff or any other person, or caused injury of any sort to Plaintiff, and is without knowledge or belief as to whether Plaintiff suffered humiliation, or mental and emotional suffering of any kind or character.  Safeway currently lacks information sufficient to respond to the allegations that Plaintiff will use all "specified facilities", and on that basis only denies said allegations.  Safeway currently lacks information sufficient to respond to the allegations that Plaintiff is deterred from using any facilities over which Safeway has ownership, responsibility or control, and on that basis only denies said allegations.  Except as expressly stated, Safeway denies each and every allegation contained in Paragraph 16 of the Complaint.

17.     Responding to Paragraph 17 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 17 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway denies each and every allegation contained in Paragraph 17 of the Complaint.

18.     Responding to Paragraph 18 of the Complaint, Safeway makes no answer to the extent that the allegations of Paragraph 18 are legal conclusions to which no response is necessary.  To the extent a response is necessary, Safeway currently lacks information

1   sufficient to respond to the allegations that its alleged actions and omissions constitute

2   discrimination against Plaintiff, and on that basis only denies said allegations.  Safeway

3   currently lacks information sufficient to respond to the allegations that Plaintiff suffered

4   injuries and damages, and on that basis only denies said allegations.  Except as expressly stated,

5   Safeway denies each and every allegation contained in Paragraph 18 of the Complaint.

6        19.    Responding to Paragraph 19 of the Complaint, Safeway makes no answer to the

7   extent that the allegations of Paragraph 19 are legal conclusions to which no response is

8   necessary.  To the extent a response is necessary, Safeway denies each and every allegation

9   contained in Paragraph 19 of the Complaint.

10       20.    Responding to Paragraph 20 of the Complaint, Safeway makes no answer to the

11  extent that the allegations of Paragraph 20 are legal conclusions to which no response is

12  necessary.  To the extent a response is necessary, Safeway currently lacks information

13  sufficient to respond to the allegations that Plaintiff has incurred fees and costs, and on that

14  basis only denies said allegations.  Safeway currently lacks information sufficient to respond to

15  the allegations that Plaintiff's lawsuit is intended to make the facilities accessible to all disabled

16  members of the public, and on that basis only denies said allegations.  Except as expressly

17  stated, Safeway denies each and every allegation contained in Paragraph 20 of the Complaint,

18  and further deny that Plaintiff is entitled to the relief requested, or to any relief at all.

19       21.    Paragraph 21 of the Complaint does not state any allegations requiring a

20  response.  To the degree Paragraph 21 purports to reincorporate the allegations of Paragraphs 1

21  – 20 of the Complaint, Safeway herewith reincorporates its responses thereto as though fully

22  set forth herein.

23       22.    Paragraph 22 of the Complaint purports to recite the text of statutes, to which no

24  response is required.

25       23.    Paragraph 23 of the Complaint purports to recite the text of statutes, to which no

26  response is required.  Safeway denies that it violated any statute or standard of care with regard

27  to Plaintiff or any other person. To the extent a response is required to Paragraph 23 of the

28  Complaint, Safeway currently lacks information sufficient to respond to the allegations that

1  Plaintiff suffered damages, and on that basis only denies said allegations.  Except as expressly
2  stated, Safeway denies each and every allegation contained in Paragraph 23 of the Complaint,
3  and further deny that Plaintiff is entitled to the relief requested, or to any relief at all.

4     24. Paragraph 24 of the Complaint does not state any allegations requiring a
5  response.  To the degree Paragraph 24 purports to reincorporate the allegations of Paragraphs 1
6  – 23 of the Complaint, Safeway herewith reincorporates its responses thereto as though fully
7  set forth herein.

8     25. Paragraph 25 of the Complaint purports to recite the text of statutes, to which no
9  response is required.

10     26. Paragraph 26 of the Complaint purports to recite the text of statutes, to which no
11  response is required.

12     27. Paragraph 27 of the Complaint purports to recite the text of statutes, to which no
13  response is required.  To the extent a response is required to Paragraph 27 of the Complaint,
14  Safeway currently lacks information sufficient to respond to the allegations that Plaintiff
15  suffered damages, and on that basis only denies said allegations.  Except as expressly stated,
16  Safeway denies each and every allegation contained in Paragraph 27 of the Complaint.

17     28. Paragraph 28 of the Complaint purports to recite the text of statutes, to which no
18  response is required.

19     29. Paragraph 29 of the Complaint purports to recite the text of statutes, to which no
20  response is required.

21     30. Responding to Paragraph 30 of the Complaint, Safeway makes no answer to the
22  extent that the allegations of Paragraph 30 are legal conclusions to which no response is
23  necessary.  To the extent a response is necessary, Safeway currently lacks information
24  sufficient to respond to the allegations that removal of barriers was readily achievable, and on
25  that basis only denies said allegations.  Except as expressly stated, Safeway denies each and
26  every allegation contained in Paragraph 30 of the Complaint.

27     31. Responding to Paragraph 31 of the Complaint, Safeway makes no answer to the
28  extent that the allegations of Paragraph 31 are legal conclusions to which no response is

1    necessary.  To the extent a response is necessary, Safeway currently lacks information

2    sufficient to respond to the remaining allegations, and on that basis only denies said allegations.

3         32.    Responding to Paragraph 32 of the Complaint, Safeway makes no answer to the

4    extent that the allegations of Paragraph 32 are legal conclusions to which no response is

5    necessary.  To the extent a response is necessary, Safeway denies each and every allegation

6    contained in Paragraph 32 of the Complaint.

7         33.    Responding to Paragraph 33 of the Complaint, Safeway makes no answer to the

8    extent that the allegations of Paragraph 33 are legal conclusions to which no response is

9    necessary.  To the extent a response is necessary, Safeway currently lacks information

10   sufficient to respond to the allegations regarding Plaintiff's beliefs, and on that basis only

11   denies said allegations.  Except as expressly stated, Safeway denies each and every allegation

12   contained in Paragraph 33 of the Complaint.

13        34.    Responding to Paragraph 34 of the Complaint, Safeway makes no answer to the

14   extent that the allegations of Paragraph 34 are legal conclusions to which no response is

15   necessary.  To the extent a response is necessary, Safeway currently lacks information

16   sufficient to respond to the allegations regarding Plaintiff's beliefs and status as a qualified

17   disabled person, and on that basis only denies said allegations.  Except as expressly stated,

18   Safeway denies each and every allegation contained in Paragraph 34 of the Complaint, and

19   further deny that Plaintiff is entitled to the relief requested, or to any relief at all.

20                          **AFFIRMATIVE DEFENSES**

21        35.    AS A FIRST AFFIRMATIVE DEFENSE, Safeway alleges that the Complaint,

22   and each and every claim purportedly set forth therein, is barred in whole or in part by

23   Plaintiff's negligent and/or culpable conduct and/or the negligent and/or culpable conduct of

24   others and that accordingly, Plaintiff is entitled to no relief of any kind against Safeway.

25        36.    AS A SECOND AFFIRMATIVE DEFENSE, Safeway denies that any loss,

26   damage or injury of any kind or character, of any sum or amount has been suffered by Plaintiff

27   by reason of any acts, omissions, carelessness, negligence, or intentional conduct on the part of

28   Safeway.

37.    AS A THIRD AFFIRMATIVE DEFENSE, Safeway alleges that its conduct was privileged and/or justified.

38.    AS A FOURTH AFFIRMATIVE DEFENSE, Safeway alleges that it acted in good faith and had reasonable grounds to believe that the alleged acts or omissions were not in violation of any statute or regulation.

39.    AS A FIFTH AFFIRMATIVE DEFENSE, Safeway alleges that Plaintiff, by the exercise of reasonable effort and/or care, could have mitigated the amount of damages alleged to have been suffered, but Plaintiff has failed, neglected and refused, and continues to fail and refuse to exercise a reasonable effort to mitigate the damages.

40.    AS A SIXTH AFFIRMATIVE DEFENSE, Safeway alleges that any recovery on Plaintiff's Complaint, or any purportedly alleged claim therein, is barred because Plaintiff has failed to invoke and exhaust administrative remedies required to be invoked and exhausted prior to the commencement of any action for recovery on the grounds asserted.

41.    AS A SEVENTH AFFIRMATIVE DEFENSE, Safeway alleges that any recovery or relief on Plaintiff's Complaint, or any purportedly alleged claim therein, is barred because Plaintiff lacks standing to seek some portion or all of the relief sought in the Complaint.

42.    AS AN EIGHTH AFFIRMATIVE DEFENSE, Safeway alleges that to the extent Plaintiff relies on certain administrative regulations and other extra-legislative guidelines as a basis for any recovery in this action, said administrative regulations and extra-legislative guidelines are invalid.

43.    AS A NINTH AFFIRMATIVE DEFENSE, Safeway alleges that steps to ensure that the disabled are not denied services would result in an undue burden upon Safeway.

44.    AS A TENTH AFFIRMATIVE DEFENSE, Safeway alleges that Plaintiff's injuries, if any, were proximately caused by an unforeseeable, independent, intervening and/or superseding event beyond the control, and unrelated to any conduct of Safeway.  Safeway's actions, if any, were superseded by the negligence and wrongful conduct of others.

///

45.    AS AN ELEVENTH AFFIRMATIVE DEFENSE, Safeway alleges that the damages, if any, alleged herein by Plaintiff, are wholly attributable to a pre-existing injury or illness suffered by Plaintiff.

46.    AS A TWELFTH AFFIRMATIVE DEFENSE, Safeway alleges that unless its liability for treble or other non-compensatory damages and the appropriate amount of punitive damages are required to be established by clear and convincing evidence, any award of punitive damages would violate its due process rights guaranteed by the Fourteenth Amendment to the United States Constitution and by the California Constitution, and would be improper.

47.    AS A THIRTEENTH AFFIRMATIVE DEFENSE, Safeway alleges that the alleged failure to remove architectural barriers and communication barriers is not readily achievable.

48.    AS A FOURTEENTH AFFIRMATIVE DEFENSE, Safeway reserves the right to plead additional defenses, and other matters of defense, to the Complaint, by way of amendment after further discovery and investigation.

## **PRAYER**

WHEREFORE, Defendant Safeway prays that the Court order a judgment decree:

1.    That Plaintiff take nothing by reason of her Complaint.

2.    That the Court deny Plaintiff's request for preliminary and permanent injunctive relief or any other relief.

3.    For attorneys' fees.

4.    For costs of suit.

5.    For such other relief as the Court deems just and proper.


DATED:  August 2, 2007                    DILLINGHAM & MURPHY, LLP
                                          WILLIAM F. MURPHY
                                          THOMAS C. CHOW


                           By _____/s/ William F. Murphy_____
                                          Attorneys for Defendant SAFEWAY INC.,