MICHAEL BOLECHOWSKI, ESQ. (SBN 118725)
WILLIAM E. JEMMOTT, ESQ., (SBN 198671)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
SAFEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONCETTA JORGENSEN, | ) Case No. C07-03278 |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF ASSOCIATION OF COUNSEL OF SAFEWAY, INC.** |
| SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael Bolechowski and William E. Jemmott of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, are associating in as as co-counsel representing defendant SAFEWAY, INC. in the above captioned matter. Wilson, Elser, Moskowitz, Edelman & Dicker, LLP is located at 525 Market Street, 17TH Floor, San Francisco, CA ; telephone no. (415) 433-0990 and facsimile no. (415) 434-1370. Please add WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP to all Proofs of Service.

Dated: September 27, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
RONALD S. BUSHNER
WILLIAM E. JEMMOTT
Attorneys for Defendant
SAFEWAY, INC.

1
NOTICE OF ASSOCIATION OF COUNSEL

304169.1

# PROOF OF SERVICE
*Concetta Jorgensen v. Safeway, Inc.*
United States District Court Case No. C07-03278

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**NOTICE OF ASSOCIATION OF COUNSEL OF SAFEWAY, INC.**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**... : By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

**___ : By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

**___ : By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

**: By Facsimile** – (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

☒   (VIA-ELECTRONIC MAIL) I processed the attached document to be electronically transmitted to the parties named below.

| | |
|---|---|
| Paul L. Rein, Esq.<br>Julie A. Ostil, Esq.<br>200 Lakeside Drive, Ste. A<br>Oakland, CA 94612<br>Tel: (510) 832-5001<br>Fax: (510) 832-4787<br>Attorney for Plaintiff | Brian Gearinger, Esq.<br>Mosley & Gearinger, LLP<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Tel: (415) 440-3175<br>Fax: (415) 440-3103<br>Co-Counsel for Plaintiff |
| John Dahlberg<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed September 27, 2007, at San Francisco, California.

*Stacey Muller*

5

PROOF OF SERVICE

304171.1