| | |
|---|---|
| 1 | **LAW OFFICES OF PAUL L. REIN** |
| 2 | 200 Lakeside Drive, Suite A<br>OAKLAND, CALIFORNIA 94612 |
| 3 | (510) 832-5001 |
| 4 | PAUL L. REIN (State Bar # 43053)<br>JULIE A. OSTIL (State Bar # 215202) |
| 5 | |
| 6 | **GEARINGER LAW GROUP** |
| 7 | 825 VAN NESS AVENUE, 4TH FLOOR<br>SAN FRANCISCO, CALIFORNIA |
| 8 | 94109-7837<br>(415) 440-3102 |
| 9 | BRIAN GEARINGER (State Bar # 146125) |
| 10 | Attorneys for Plaintiff CONCETTA JORGENSEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-03278 CW<br><br>**NOTICE OF CHANGE OF CO-COUNSEL FOR PLAINTIFF CONCETTA JORGENSEN**<br><br>The Honorable Claudia Wilken, Presiding |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Gearinger Law Group is replacing Mosley & Gearinger LLP as co-counsel for plaintiff Concetta Jorgensen, effective January 1, 2008.

PLEASE TAKE FURTHER NOTICE that the service address and contact information for Gearinger Law Group is as follows:

/ / /

/ / /

/ / /

1
2   Brian Gearinger, Esq.
    Gearinger Law Group
3   825 Van Ness Avenue, 4th Floor
    San Francisco CA  94109
4   Tel.  415.440.3175
    Fax.  415.440.3103
5   brian@gearingerlaw.com

6   The Court and all parties are requested to update their records accordingly.

7   Paul L. Rein and Julie A. Ostil of the Law Offices of Paul L. Rein remain as co-counsel

8   for plaintiff Concetta Jorgensen.

9   Dated:  March 12, 2008
                                        GEARINGER LAW GROUP
10
11
                                        By: /s/ Brian Gearinger
12                                      BRIAN GEARINGER

13                                      Attorneys for Plaintiff
                                        CONCETTA JORGENSEN
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CHANGE OF CO-COUNSEL FOR PLAINTIFF      2      U.S. DISTRICT COURT CASE NO. C 07-03278 CW