1  DILLINGHAM & MURPHY LLP
   WILLIAM F. MURPHY (SBN 82482)
2  JOHN N. DAHLBERG (SBN 85122)
   CROSS J. CREASON (SBN 209492)
3  225 Bush Street, Sixth Floor
   San Francisco, Ca. 94104
4  Tel:  415 397 2700
   Fax:  415 397 3300
5  Email: wfm@dillinghammurphy.com
          jnd@dillinghammurphy.com
6         jcc@dillinghammurphy.com

7  Attorneys for Defendants
   GARY AND DEBORAH DOVE
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

| 11 | CONCETTA JORGENSEN, | Case No. C07-03278 CW MED (ADA) |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF APPEARANCE FOR JOHN N. DAHLBERG ON BEHALF OF DEFENDANTS GARY DOVE AND DEBORAH DOVE** |
| 13 | v. | |
| 14 | SAFEWAY INC., GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | Defendants. | |

Page 1 – Case No. C07-03278 CW MED (ADA)
NOTICE OF APPEARANCE FOR JOHN N. DAHLBERG ON BEHALF OF DEFENDANTS GARY DOVE AND DEBORAH DOVE

1     TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that John N. Dahlberg hereby enters his appearance as counsel of

3 record for Defendants Gary Dove and Deborah Dove.

4     Copies of all pleading papers and notices should be served as follows:

5

6     William F. Murphy
    John N. Dahlberg
    Cross J. Creason
7     DILLINGHAM & MURPHY, LLP
    225 Bush Street, 6th Floor
8     San Francisco, California 94104-4207
    Telephone: (415) 397-2700
9     Facsimile: (415) 397-3300
    Email: wfm@dillinghammurphy.com
10         jnd@dillinghammurphy.com
        jcc@dillinghammurphy.com

11

12

13     Respectfully submitted,

14 Dated: March 31, 2008     DILLINGHAM & MURPHY
    WILLIAM F. MURPHY
15     JOHN N. DAHLBERG
    CROSS J. CREASON

16

17

18     By: __/s/ John N. Dahlberg_____
    Attorneys for Defendants
19     GARY AND DEBORAH DOVE

20

21

22

23

24

25

26

27

28

Page 2 – Case No. C07-03278 CW MED (ADA)
NOTICE OF APPEARANCE FOR JOHN N. DAHLBERG ON BEHALF OF DEFENDANTS GARY DOVE AND DEBORAH DOVE