MICHAEL W. BOLECHOWSKI, ESQ. (SBN 118725)
ERIC S. WONG, ESQ., (SBN 197310)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
SAFEWAY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C07-03278<br><br>**STIPULATION FOR LEAVE TO FILE THIRD PARTY CROSS-COMPLAINTS** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Defendant SAFEWAY, INC. is permitted to file and serve Cross-Complaints for Indemnification, Contribution and Declaratory Relief in the above action against the following entities:

1. Ransome Company.
2. Olson Co. & Steel, Inc.

Dated: July _____, 2008          LAW OFFICES OF PAUL REIN

By: _____
JULIE OSTIL
Attorneys for Plaintiff
CONCETTA JORGENSEN

**OR**

Dated: July 16, 2008             GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
Attorneys for Plaintiff
CONCETTA JORGENSEN

Dated: July _____, 2008          DILLINGHAM & MURPHY

By: _____
JOHN DAHLBERG
Attorneys for Defendants
SAFEWAY, INC, GARY DOVE AND
DEBORAH DOVE

Dated: July _____, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                 & DICKER LLP

By: _____
MICHAEL W. BOLECHOWSKI
Attorneys for Defendant
SAFEWAY, INC.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Defendant SAFEWAY, INC. is permitted to file and serve Cross-Complaints for Indemnification, Contribution and Declaratory Relief in the above action against the following entities:

1. Ransome Company.
2. Olson Co. & Steel, Inc.

Dated: July _____, 2008            LAW OFFICES OF PAUL REIN


                                   By: _____
                                   JULIE OSTIL
                                   Attorneys for Plaintiff
                                   CONCETTA JORGENSEN

                                   OR

Dated: July _____, 2008            GEARINGER LAW GROUP


                                   By: _____
                                   BRIAN GEARINGER
                                   Attorneys for Plaintiff
                                   CONCETTA JORGENSEN

Dated: July 17, 2008               DILLINGHAM & MURPHY


                                   By: _____
                                   JOHN DAHLBERG
                                   Attorneys for Defendants
                                   SAFEWAY, INC, GARY DOVE AND
                                   DEBORAH DOVE

Dated: July 22, 2008               WILSON, ELSER, MOSKOWITZ, EDELMAN
                                   & DICKER LLP


                                   By: _____
                                   MICHAEL W. BOLECHOWSKI
                                   Attorneys for Defendant
                                   SAFEWAY, INC.

---

355612.1

Stipulation for Leave to File Third Party Cross-Complaint
Case No. C07-03278

## ORDER

As plaintiff and defendants Safeway, Inc. and Gary Dove and Deborah Dove have stipulated to the Third Party Joinder of Ransome Company and Olson Co. & Steel, Inc. as shown by the above stipulation, it is hereby ordered that defendant Safeway, Inc. be permitted to file and serve a cross-complaint in the current action against said entities.

BY THE COURT

_____
Hon. Claudia Wilken
Judge of the United States District Court
for the Northern District of California