1  MICHAEL W. BOLECHOWSKI, ESQ. (SBN 118725)
   ERIC S. WONG, ESQ., (SBN 197310)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendant
   SAFEWAY, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CONCETTA JORGENSEN,                )   Case No. C07-03278
                                      )
12         Plaintiff,                 )   **STIPULATION FOR LEAVE TO FILE**
                                      )   **THIRD PARTY CROSS-COMPLAINTS**
13     v.                             )
                                      )
14 SAFEWAY, INC., GARY DOVE; DEBORAH  )
   DOVE; and DOES 1 through 50, inclusive, )
15                                    )
           Defendants.                )
16                                    )
                                      )
17

18

19

20

21

22

23

24

25

26

27

28

---

1

Stipulation for Leave to File Third Party Cross-Complaint
355612.1                                    Case No. C07-03278

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Defendant SAFEWAY, INC. is permitted to file and serve Cross-Complaints for Indemnification, Contribution and Declaratory Relief in the above action against the following entities:

1. Ransome Company.
2. Olson Co. & Steel, Inc.

Dated: July _____, 2008        LAW OFFICES OF PAUL REIN

By: _____
JULIE OSTIL
Attorneys for Plaintiff
CONCETTA JORGENSEN

**OR**

Dated: July 16, 2008          GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
Attorneys for Plaintiff
CONCETTA JORGENSEN

Dated: July _____, 2008        DILLINGHAM & MURPHY

By: _____
JOHN DAHLBERG
Attorneys for Defendants
SAFEWAY, INC, GARY DOVE AND
DEBORAH DOVE

Dated: July _____, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN
                               & DICKER LLP

By: _____
MICHAEL W. BOLECHOWSKI
Attorneys for Defendant
SAFEWAY, INC.

2
Stipulation for Leave to File Third Party Cross-Complaint
355612.1                                                      Case No. C07-03278

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Defendant SAFEWAY, INC. is permitted to file and serve Cross-Complaints for Indemnification, Contribution and Declaratory Relief in the above action against the following entities:

1. Ransome Company.
2. Olson Co. & Steel, Inc.

Dated: July ___, 2008         LAW OFFICES OF PAUL REIN

                              By: _____
                              JULIE OSTIL
                              Attorneys for Plaintiff
                              CONCETTA JORGENSEN

                              OR

Dated: July ___, 2008         GEARINGER LAW GROUP

                              By: _____
                              BRIAN GEARINGER
                              Attorneys for Plaintiff
                              CONCETTA JORGENSEN

Dated: July 17, 2008          DILLINGHAM & MURPHY

                              By: _____
                              JOHN DAHLBERG
                              Attorneys for Defendants
                              SAFEWAY, INC, GARY DOVE AND
                              DEBORAH DOVE

Dated: July 22, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN
                              & DICKER LLP

                              By: _____
                              MICHAEL W. BOLECHOWSKI
                              Attorneys for Defendant
                              SAFEWAY, INC.

---

2
Stipulation for Leave to File Third Party Cross-Complaint
355612.1                                                    Case No. C07-03278

1 | ORDER

As plaintiff and defendants Safeway, Inc. and Gary Dove and Deborah Dove have stipulated to the Third Party Joinder of Ransome Company and Olson Co. & Steel, Inc. as shown by the above stipulation, it is hereby ordered that defendant Safeway, Inc. be permitted to file and serve a cross-complaint in the current action against said entities.

BY THE COURT

Dated: 7/24/08

*/s/ Claudia Wilken*

Hon. Claudia Wilken
Judge of the United States District Court
for the Northern District of California