AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

Concetta Jorgensen

THIRD PARTY SUMMONS IN A
CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Safeway, Inc, Gary Doe, Deborah Doe and Does 1 through 50, inclusive

CASE NUMBER: CV-C07-03278 CW

V. THIRD PARTY DEFENDANT

Ransome Company, and Olsen Co. & Steel, and Moes 1-25 inclusive,

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY, (name and address)

Brian Gearinger
825 Van Ness Ave.
4th Floor SF CA. 94109

DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address)

Michael W. Bolechowski
Wilson, Elser, Moskowitz, Edelman & Di
525 Market Street 17th Floor
San Francisco CA. 94105
(415) 433-0990

an answer to the third-party complaint which is herewith served upon you, within ___20___ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**
CLERK

JUL 2 5 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK