1  DUANE C. MUSFELT, SB# 72058
    E-Mail: musfelt@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:   (415) 362-2580
4  Facsimile:   (415) 434-0882

5  Attorneys for Third Party Defendant
   OLSON & CO. STEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONCETTA JORGENSEN;<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive;<br><br>    Defendants<br><br>_____<br><br>SAFEWAY, INC.;<br><br>    Defendant/Third Party Plaintiff,<br><br>v.<br><br>RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive;<br><br>    Third Party Defendants. | CASE NO. CV-07-03278 CW<br><br>**The Honorable Claudia Wilken**<br>**Dept. 2**<br><br>**THIRD PARTY DEFENDANT OLSON & CO. STEEL'S ANSWER TO THIRD PARTY COMPLAINT**<br><br>ACTION FILED:   6/22/07<br>TRIAL DATE:     Not Yet Set |

COMES NOW, third party defendant OLSON & CO. STEEL ("OCS") in answer to the Third Party Complaint of SAFEWAY, INC. ("Third-Party Plaintiff"). OSC admits, denies and alleges as follows:

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1. Answering paragraph 1 of the Third Party Complaint, OCS admits that plaintiff CONCETTA JORGENSEN's Complaint in this action alleges therein that, "[t]his case involves the denial of accessible facilities to plaintiff...at the Safeway store at 2 Camino Sobrante in Orinda, California." (¶ 1, p. 1:27-28, and p. 2:1 of JORGENSEN's Complaint.) As to all other allegations contained in paragraph 1, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

2. Answering paragraph 2 of the Third Party Complaint, OCS admits that plaintiff CONCETTA JORGENSEN filed a Complaint in this Court, on or about June 22, 2007. As to all other allegations contained in paragraph 2, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

3. Answering paragraph 3 of the Third Party Complaint, OCS admits that plaintiff CONCETTA JORGENSEN's Complaint in this action alleges therein that, "Safeway and defendants recently modified and changed the configuration of walkways and disabled parking spaces, but failed to leave an accessible path of travel..." (¶ 1, p. 2:8-10 of JORGENSEN's Complaint.) As to all other allegations contained in paragraph 3, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

4. Answering paragraph 4 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

5. Answering paragraph 5 of the Third Party Complaint, OCS admits that it is a Delaware corporation, operating in the State of California, with its principal place of business in the State of California, and that it is within the jurisdictional territory of this Court. As to all other allegations contained in paragraph 5, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

6.  Answering paragraph 6 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

7.  Answering paragraph 7 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION
## [EXPRESS CONTRACTUAL INDEMNITY]

8.  Answering paragraph 8 of the Third Party Complaint, OCS refers to and incorporates herein its responses to paragraphs 1 through 7.

9.  Answering paragraph 9 of the Third Party Complaint, OCS admits the truths of the allegations of said paragraph.

10. Answering paragraph 10 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

11. Answering paragraph 11 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

12. Answering paragraph 12 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

13. Answering paragraph 13 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

14. Answering paragraph 14 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

15. Answering paragraph 15 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

16. Answering paragraph 16 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

17. Answering paragraph 17 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

## [EQUITABLE INDEMNITY]

18. Answering paragraph 18 of the Third Party Complaint, OCS refers to and incorporates herein its responses to paragraphs 1 through 17.

19. Answering paragraph 19 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

## THIRD CAUSE OF ACTION

## [CONTRIBUTION]

20. Answering paragraph 20 of the Third Party Complaint, OCS refers to and incorporates herein its responses to paragraphs 1 through 19.

21. Answering paragraph 21 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

## FOURTH CAUSE OF ACTION

## [DECLARATION OF RIGHTS]

21. Answering the second "paragraph 21" as incorrectly numbered in the Third Party Complaint, OCS refers to and incorporates herein its responses to paragraphs 1 through 21.

22. Answering paragraph 22 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

23. Answering paragraph 23 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

24. Answering paragraph 24 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

25. Answering paragraph 25 of the Third Party Complaint, OCS is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of said paragraph, and on that basis denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(FAILURE TO STATE A CAUSE OF ACTION)

As a first affirmative defense to each cause of action of the Third Party Complaint, the Third Party Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(COMPARATIVE NEGLIGENCE)

As a second affirmative defense to each cause of action of the Third Party Complaint, Third Party Plaintiff was partially, if not wholly, negligent or otherwise at fault on its own part and should be barred from recovery of that portion of the damages directly attributable to its proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

### THIRD AFFIRMATIVE DEFENSE

(NEGLIGENCE OF OTHERS)

As a third affirmative defense to each cause of action of the Third Party Complaint, the

damages sustained by Third Party Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which these answering cross-defendants are not liable or responsible.

## FOURTH AFFIRMATIVE DEFENSE

(CONSENT)

As a fourth affirmative defense to each cause of action of the Third Party Complaint, Third Party Plaintiff acknowledged, ratified, consented to and acquiesced in the alleged acts or omission, if any, of OCS, thus barring Third Party Plaintiff's recovery.

## FIFTH AFFIRMATIVE DEFENSE

(FAILURE TO STATE A CLAIM RE ATTORNEYS' FEES)

As a fifth affirmative defense to each cause of action of the Third Party Complaint, Third Party Plaintiff failed to state a claim upon which attorneys' fees can be awarded.

## SIXTH AFFIRMATIVE DEFENSE

(FAILURE TO MITIGATE DAMAGES)

As a sixth affirmative defense to each cause of action of the Third Party Complaint, OCS is informed and believes and thereon alleges that Plaintiff and Third Party Plaintiff's damages, if any, should be reduced or eliminated as a result of their failure to properly mitigate their damages.

## SEVENTH AFFIRMATIVE DEFENSE

(ESTOPPEL/WAIVER/LACHES)

As a seventh affirmative defense to each cause of action of the Third Party Complaint, and each cause of action therein, is barred by the doctrines of estoppel and/or waiver, and/or laches..

## EIGHTH AFFIRMATIVE DEFENSE

(CONTRIBUTION AND INDEMNIFICATION)

As an eighth affirmative defense to each cause of action of the Third Party Complaint, OCS is entitled to a right of indemnification by apportionment and to a right of contribution from

any person or entity whose negligence proximately contributed to the happening of the alleged injuries of Third Party Plaintiff if Third Party Plaintiff should receive a verdict against OCS.

### NINTH AFFIRMATIVE DEFENSE
(CONTRACT )

As a ninth affirmative defense, OCS alleges that prior to the commencement of this action, this answering Third Party Defendant duly performed, satisfied and discharged all duties and obligations defendants may have owed to the Third Party Plaintiff arising out of any and all agreements, representations or contracts made by Third Party Defendant or on behalf of this answering Third Party Defendant and this action is therefore barred by the provisions of California Civil Code Sections 1473, 1474, 1475, 1477, and 1485 .

### TENTH AFFIRMATIVE DEFENSE
(CONDITIONS PRECEDENT)

As a tenth affirmative defense, if it is determined that this answering Third Party Defendant did not perform one or more obligations under any contract or agreement (which defendant denies), specifically the "subcontract agreements" between OCS and Third Party Plaintiff, and as attached to the Third Party Complaint as Exhibits B and C, then Third Party Plaintiff did not perform its obligations under said contracts or agreements, which obligations were conditions precedent to any performance by OCS.

### ELEVENTH AFFIRMATIVE DEFENSE
(NO PRIVITY OF CONTRACT)

As an eleventh affirmative defense, there is no privity of contract between Third Party Plaintiff and OCS because Third Party Plaintiff is not a party to any of the contracts alleged in the Third Party Complaint, nor do any contracts exist where there is privity between OCS and Third Party Plaintiff.

### TWELFTH AFFIRMATIVE DEFENSE
(DEFENSES UNKNOWN)

As a twelfth affirmative defense to each cause of action of the Third Party Complaint, OCS presently has insufficient knowledge or information on which to form a belief as to whether

they may have additional, as yet unstated, defenses available. OCS reserves herein the right to assert additional affirmative defenses in the event discovery indicates that they would be appropriate.

## PRAYER

WHEREFORE, this answering Third Party Defendant prays for judgment as follows:

1. That Third Party Plaintiff take nothing by reason of the Third Party Complaint on file herein;
2. For reasonable attorney fees;
3. For costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

DATED: August 14, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Duane C. Musfelt
Attorneys for Third Party Defendant
OLSON & CO. STEEL

4835-4065-5106.1

-8-

ANSWER TO THIRD PARTY COMPLAINT

**FEDERAL COURT PROOF OF SERVICE**
*Jorgensen v. Safeway, Inc., et al.*
United States District Court, Northern District of California, Case No. CV-07-03278 CW

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 14, 2008, I served the following document(s): **THIRD PARTY DEFENDANT OLSON & CO. STEEL's ANSWER TO THIRD PARTY COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| *Attorneys for Plaintiff Concetta Jorgensen* | *Attorneys for Defendant/3rd Party Plaintiff Safeway, Inc.* |
|---|---|
| Brian Gearinger<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Telephone: (415) 440-3175<br>Facsimile: (415) 440-3103<br>E-Mail: brian@gearingerlaw.com<br><br>Julie Ostil<br>Law Offices of Julie A. Ostil<br>1989 Santa Rita Road, #A-405<br>Pleasanton, CA 94566<br>Telephone: (925) 265-8257<br>Facsimile: (925) 999-9465<br>E-Mail: jostil@ostillaw.com<br><br>Paul L. Rein<br>Law Offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787<br>E-Mail: reinlawoffice@aol.com | Michael W. Bolechowski<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-Mail: michael.bolechowski@wilsonelser.com<br><br>*Attorneys for Defendants/3rd Party Plaintiffs Gary Dove and Deborah Dove*<br><br>William F. Murphy<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br>E-Mail: wfm@dillinghammurphy.com |

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4851-2669-0050.1

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 14, 2008, at San Francisco, California.

*Shawn Adams*
SHAWN ADAMS