AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>CONCETTA JORGENSEN | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| Third Party<br>V. DEFENDANT AND THIRD PARTY PLAINTIFF<br><br>OLSON & CO. STEEL | CASE NUMBER: CV-07-03278 CW |

V. THIRD PARTY DEFENDANT

ERIC F. ANDERSON, INC., and ROES 1 through 25, inclusive

TO: (Name and address of defendant)
ERIC F. ANDERSON, INC.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| SEE ATTACHED LIST | SEE ATTACHED LIST |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

| RICHARD W. WIEKING | AUG 1 9 2008 |
|---|---|
| CLERK | DATE |
| CYNTHIA LENAHAN | |
| (BY) DEPUTY CLERK | |

## SERVICE LIST
*Jorgensen v. Safeway, et al.*
Case No. CV-07-03278 CW

| *Attorneys for Plaintiff Concetta Jorgensen* | *Attorneys for Defendant/3rd Party Plaintiff Safeway, Inc.* |
|---|---|
| Brian Gearinger<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Telephone: (415) 440-3175<br>Facsimile: (415) 440-3103<br>E-Mail: brian@gearingerlaw.com<br><br>Julie Ostil<br>Law Offices of Julie A. Ostil<br>1989 Santa Rita Road, #A-405<br>Pleasanton, CA 94566<br>Telephone: (925) 265-8257<br>Facsimile: (925) 999-9465<br>E-Mail: jostil@ostillaw.com<br><br>Paul L. Rein<br>Law Offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787<br>E-Mail: reinlawoffice@aol.com | Michael W. Bolechowski<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-Mail: michael.bolechowski@wilsoneler.com<br><br>*Attorneys for Defendants/3rd Party Plaintiffs Gary Dove and Deborah Dove*<br><br>William F. Murphy<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br>E-Mail: wfm@dillinghammurphy.com<br><br>*Attorneys for 3rd Party Defendant/3rd Party Plaintiff Olson & Co. Steel*<br><br>Duane C. Musfelt<br>Lewis Brisbois Bisgaard & Smith LLP<br>1 Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br>E-Mail: musfelt@lbbslaw.com |