DUANE C. MUSFELT, SB# 72058
E-Mail: musfelt@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Third Party Defendant
OLSON & CO. STEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONCETTA JORGENSEN;<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive;<br><br>Defendants | CASE NO. CV-07-03278 CW<br><br>**The Honorable Claudia Wilken<br>Dept. 2**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| SAFEWAY, INC.;<br><br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive;<br><br>Third Party Defendants. | ACTION FILED:   6/22/07<br>TRIAL DATE:      Not Yet Set |
| OLSON & CO. STEEL,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ERIC F. ANDERSON, INC., and ROES 1 through 25, inclusive,<br><br>Third Party Defendants. | |

4845-9749-2226.1

-1-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3  DATED: August 20, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP
4
5
            By _____
6              Duane C. Musfelt
               Attorneys for Third Party Defendant
7              OLSON & CO. STEEL

**FEDERAL COURT PROOF OF SERVICE**
*Jorgensen v. Safeway, Inc., et al.*
United States District Court, Northern District of California, Case No. CV-07-03278 CW

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 20, 2008, I served the following document(s): **OLSON & CO. STEEL'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| *Attorneys for Plaintiff Concetta Jorgensen* | *Attorneys for Defendant/3rd Party Plaintiff Safeway, Inc.* |
|---|---|
| Brian Gearinger<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Telephone: (415) 440-3175<br>Facsimile: (415) 440-3103<br>E-Mail: brian@gearingerlaw.com | Michael W. Bolechowski<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-Mail: michael.bolechowski@wilsoneler.com |
| Julie Ostil<br>Law Offices of Julie A. Ostil<br>1989 Santa Rita Road, #A-405<br>Pleasanton, CA 94566<br>Telephone: (925) 265-8257<br>Facsimile: (925) 999-9465<br>E-Mail: jostil@ostillaw.com | *Attorneys for Defendants/3rd Party Plaintiffs Gary Dove and Deborah Dove*<br><br>William F. Murphy<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br>E-Mail: wfm@dillinghammurphy.com |
| Paul L. Rein<br>Law Offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787<br>E-Mail: reinlawoffice@aol.com | |

The documents were served by the following means:

[ ]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 20, 2008, at San Francisco, California.

*/s/ Shawn Adams*
SHAWN ADAMS

4851-2669-0050.1

PROOF OF SERVICE