JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
RANSOME COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1-50, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07-03278 CW<br><br>**STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT RANSOME COMPANY TO FILE ANSWER TO THIRD PARTY COMPLAINT BY SAFEWAY, INC.** |

　　　　Defendant and third party complainant Safeway Inc. and defendant Ransome Company, by and through their attorneys of record, hereby stipulate to extend the time within which defendant Ransome Company may respond to the complaint filed by Safeway, Inc. by a period of two weeks. Defendant Ransome Company's answer shall now be due on September 8, 2008.

///

///

///

///

**STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT RANSOME COMPANY TO FILE ANSWER TO THIRD PARTY COMPLAINT BY SAFEWAY, INC.; CASE NO. C07-03278 CW**

G:\Data\DOCS\0094\04004\stip.exttimeforanswer

IT IS SO STIPULATED.

DATED: August 25, 2008     CLAPP, MORONEY, BELLAGAMBA & VUCINICH

By: ***/S/***
Jeffrey M. Vucinich
Patrick R. Co
Attorneys for Defendant,
RANSOME COMPANY

DATED: August 25, 2008     Wilson, Elser, Moskowitz,
Edelman & Dicker

By: ***/S/***
Michael W. Bolechowski, Esq.
Attorneys for Defendant/Third Party Complainant,
SAFEWAY, INC.