1  MICHAEL W. BOLECHOWSKI, ESQ. (SBN 118725)
   ERIC S. WONG, ESQ., (SBN 197310)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendant and
   Third-Party Plaintiff
6  SAFEWAY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  CONCETTA JORGENSEN,                )  Case No. C07-03278
                                       )
12            Plaintiff,               )
                                       )
13      v.                             )  **PROOFS OF SERVICE OF SUMMONS
                                       )  AND COMPLAINT ON RANSOME
14  SAFEWAY, INC., GARY DOVE; DEBORAH )  COMPANY INC. AND OLSON & CO.
    DOVE; and DOES 1 through 50, inclusive, )  STEEL**
15                                     )
              Defendants.              )
16  _____  )
                                       )
17  SAFEWAY, INC.,                     )
                                       )
18            Cross-Complainant,       )
                                       )
19      v.                             )
                                       )
20  RANSOME COMPANY, OLSON CO. &       )
    STEEL, and MOES 1 through 25, inclusive, )
21                                     )
              Cross-Defendants.        )
22  _____  )

23

24

25

26

27

28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| MICHAEL BOLECHOWSKI   SBN 118725<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>525 MARKET ST. 17TH FLOOR<br>SAN FRANCISCO CA 94105<br>415-433-0990<br>ATTORNEY FOR Cross Plaintiff | |

**District Court**
Northern District, San Francis
450 Golden Gate Ave
San Francisco CA 94102

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | Concetta Jorgensen | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | Safeway, Inc. | C0703278 |
| **PROOF OF SERVICE OF SUMMONS** | | Ref No. or File No.:<br>07516.00121 |

1. At the time of service I was at least 18 years of age and not a party to
this action.

2. I served copies of the:

    SUMMONS ON CROSS COMPLAINT

3a. Party served:

    RANSOME COMPANY INC.

4. Address where party was served:

    1933 WILLIAMS STREET
    SAN LEANDRO CA 94577

5. I served the party
    b. By substituted service. On: 07/28/08 at: 1:54 PM I left the documents listed in item 2
    with or in the presence of:

    TIRZA RAMIREZ

    RECEPTIONIST

    (1) (business) a person at least 18 years of age apparently in charge at the
    office or usual place of business of the person to be served. I informed him or
    her of the general nature of the papers.

    (4) I thereafter mailed (by first-class, postage prepaid) copies of the
    documents to the person to be served at the place where the copies were left
    (Code Civ. Proc., Section 415.20). I mailed the documents on

    A DECLARATION OF MAILING IS ATTACHED.

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 653531

| PLAINTIFF/PETITIONER: | Concetta Jorgensen | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Safeway, Inc. | C0703278 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:

        d. On behalf of:

        RANSOME COMPANY INC.

        under the following Code of Civil Procedure section:

        416.10 (corporation)

7.    Person who served papers
    a. Name:  Nytira Duplessis
    b. Address:  1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
    c. Telephone Number:  323-526-7300
    d. The fee for service was: $79.50
    e. I am:
      (3) [ X ] registered California process server:
      (i) [ X ]  Independent contractor
      (ii)  Registration No.:  1040    Expires: 02/07/10
      (iii)  County:  ALAMEDA

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/29/08

Nytira Duplessis
RAPID LEGAL INC., SAN BERNARDINO CO. REG # 1086.  EXPIRES 04/15/10
Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

        &gt;

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 653531

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL BOLECHOWSKI  SBN 118725<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>525 MARKET ST. 17TH FLOOR<br>SAN FRANCISCO CA 94105 | 415-433-0990<br><br>Ref. No. or File No.<br>07516.00121 | |

ATTORNEY FOR   Cross Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Concetta Jorgensen v Safeway, Inc.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 653531 | | | | C0703278 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/29/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

SUMMONS ON CROSS COMPLAINT


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   HAYWARD         , CALIFORNIA,   ADDRESSED AS FOLLOWS:

RANSOME COMPANY INC.

1933 WILLIAMS STREET
SAN LEANDRO CA 94577


DECLARANT: Layla Silvestre


RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 08-1047
(3) County: SAN FRANCISCO
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/29/08                    >
                            SIGNATURE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>    MICHAEL BOLECHOWSKI  SBN 118725<br>    WILSON, ELSER, MOSKOWITZ,<br>    EDELMAN & DICKER, LLP<br>    525 MARKET ST. 17TH FLOOR<br>    SAN FRANCISCO CA 94105<br>    415-433-0990<br>ATTORNEY FOR Cross Plaintiff | FOR COURT USE ONLY |
|---|---|

| District Court<br>    Northern District, San Francis<br>    450 Golden Gate Ave<br>    San Francisco CA 94102 | |
|---|---|

| PLAINTIFF/PETITIONER:    Concetta Jorgensen | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    Safeway, Inc. | C0703278 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>07516.00121 |

1. At the time of service I was at least 18 years of age and not a party to
   this action.

2. I served copies of the:

   SUMMONS ON CROSS COMPLAINT

3a. Party served:

   OLSON & CO. STEEL

4. Address where party was served:

   1941 DAVIS STREET
   SAN LEANDRO CA 94577

5. I served the party
   b. By substituted service. On: 07/28/08 at: 1:48 PM  I left the documents listed in item 2
   with or in the presence of:

   EMILIE OLSON

   RECEPTIONIST

   (1) (business) a person at least 18 years of age apparently in charge at the
   office or usual place of business of the person to be served. I informed him or
   her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the
   documents to the person to be served at the place where the copies were left
   (Code Civ. Proc., Section 415.20). I mailed the documents on

   A DECLARATION OF MAILING IS ATTACHED.

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 653476

| PLAINTIFF/PETITIONER: | Concetta Jorgensen | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Safeway, Inc. | C0703278 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:

      d. On behalf of:

      OLSON & CO. STEEL

      under the following Code of Civil Procedure section:

      416.10 (corporation)

7.   Person who served papers
    a. Name:  Nytira Duplessis
    b. Address:  1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
    c. Telephone Number:  323-526-7300
    d. The fee for service was: $79.50
    e. I am:
      (3) [ X ] registered California process server:
       (i) [ X ]  Independent contractor
       (ii)  Registration No.:  1040    Expires: 02/07/10
       (iii)  County:  ALAMEDA

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/29/08

Nytira Duplessis

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 653476

| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL BOLECHOWSKI   SBN 118725<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>525 MARKET ST. 17TH FLOOR<br>SAN FRANCISCO CA 94105 | 415-433-0990<br><br>Ref. No. or File No.<br>07516.00121 | |

ATTORNEY FOR  Cross Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Concetta Jorgensen v Safeway, Inc.

| INVOICE NO.<br>653476 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0703278 |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 07/29/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

SUMMONS ON CROSS COMPLAINT

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:    HAYWARD          , CALIFORNIA,   ADDRESSED AS FOLLOWS:

OLSON & CO. STEEL

1941 DAVIS STREET
SAN LEANDRO CA 94577

DECLARANT: Layla Silvestre

RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD            (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754            (2) Registration No. 08-1047
323-526-7300 FAX 323-526-7377      (3) County: SAN FRANCISCO
                                   (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/29/08                     >
                                   SIGNATURE