1 | DUANE C. MUSFELT, SB# 72058
       E-Mail: musfelt@lbbslaw.com
2 | THERESA A. WOLANIN, SB# 236887
       E-Mail: wolanin@lbbslaw.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   | One Sansome Street, Suite 1400
4 | San Francisco, California 94104
   | Telephone:    (415) 362-2580
5 | Facsimile:    (415) 434-0882

6 | Attorneys for Third Party Defendant and Third Party Plaintiff
   | OLSON & CO. STEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | CASE NO. CV-07-03278 CW<br><br>**The Honorable Claudia Wilken**<br>**Dept. 2**<br><br>**PROOF OF SERVICE OF THIRD PARTY SUMMONS AND THIRD PARTY COMPLAINT ON THIRD PARTY DEFENDANT ERIC F. ANDERSON, INC.** |
| SAFEWAY, INC.,<br><br>　　Defendant/Third Party Plaintiff,<br><br>　　v.<br><br>RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive,<br><br>　　Third Party Defendants. | ACTION FILED:　　6/22/07<br>TRIAL DATE:　　　Not Yet Set |
| OLSON & CO. STEEL,<br><br>　　Third Party Plaintiff,<br><br>　　v.<br><br>ERIC F. ANDERSON, INC., and ROES 1 through 25, inclusive,<br><br>　　Third Party Defendants. | |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| DUANE C. MUSFELT, ESQ, Bar #72058<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ONE SANSOME ST., SUITE 1400<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415 362-2580    FAX No: 415 434-0882 | | |
| | Ref. No. or File No.: | |
| Attorney for: Third Party Defendant | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court For The Northern District Of California | | |
| Third Party Defendant: CONCETTA JORGENSEN<br>: SAFEWAY, INC; GARY DOVE; DEBORAH DOVE; AND DOES 1 THROUGH 50, I | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-07-03278 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION; OLSEN & CO. STEEL'S THIRD PARTY COMPLAINT FOR EQUITABLE INDEMNITY, CONTRIBUTION, AND DECLARATORY RELIEF

3. a. Party served:          ERIC F. ANDERSON, INC
   b. Person served:         GEZA PAULOVITS, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    1066 BEECHER STREET
                                          SAN LEANDRO, CA 94577

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 22, 2008 (2) at: 3:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ERIC F. ANDERSON, INC
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. LOVE HICKS

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    956
      (iii) County:             ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Aug. 28, 2008                                   (LOVE HICKS)

   Judicial Council Form POS-010            PROOF OF SERVICE                 6437740.duamu-lb.158101
   Rule 2.150.(a)&(b) Rev January 1, 2007

**FEDERAL COURT PROOF OF SERVICE**
*Jorgensen v. Safeway, Inc., et al.*
United States District Court, Northern District of California, Case No. CV-07-03278 CW

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 4, 2008, I served the following document(s): **PROOF OF SERVICE OF THIRD PARTY SUMMONS AND THIRD PARTY COMPLAINT ON THIRD PARTY DEFENDANT ERIC F. ANDERSON, INC.** on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| *Attorneys for Plaintiff Concetta Jorgensen* | *Attorneys for Defendant/3rd Party Plaintiff Safeway, Inc.* |
|---|---|
| Brian Gearinger<br>Gearinger Law Group<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109<br>Telephone: (415) 440-3175<br>Facsimile: (415) 440-3103<br>E-Mail: brian@gearingerlaw.com | Michael W. Bolechowski<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-Mail: michael.bolechowski@wilsoneler.com |
| Julie Ostil<br>Law Offices of Julie A. Ostil<br>1989 Santa Rita Road, #A-405<br>Pleasanton, CA 94566<br>Telephone: (925) 265-8257<br>Facsimile: (925) 999-9465<br>E-Mail: jostil@ostillaw.com | *Attorneys for Defendants/3rd Party Plaintiffs Gary Dove and Deborah Dove*<br><br>William F. Murphy<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br>E-Mail: wfm@dillinghammurphy.com |
| Paul L. Rein<br>Law Offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787<br>E-Mail: reinlawoffice@aol.com | *Attorneys for Defendant Ransome Company*<br><br>Jeffrey M. Vucinich<br>Patrick R. Co<br>Clapp, Moroney, Bellagamba and Vucinich<br>A Professional Corporation<br>1111 Bayhill Drive, Suite 300<br>San Bruno, CA 94066<br>Telephone: (650) 989-5400<br>Facsimile: (650) 989-5499 |

The documents were served by the following means:

[ ]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

4851-2669-0050.1

PROOF OF SERVICE

1    [X]    (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 4, 2008, at San Francisco, California.

*[Signature: Shawn Adams]*

SHAWN ADAMS

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4851-2669-0050.1

PROOF OF SERVICE