MICHAEL W. BOLECHOWSKI, ESQ. (SBN 118725)
ERIC S. WONG, ESQ., (SBN 197310)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
SAFEWAY, INC. AND
ERIC F. ANDERSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C07-03278<br><br>STIPULATION FOR TIME EXTENSION FOR ERIC F. ANDERSON, INC. TO RESPOND TO OLSON CO. & STEEL'S THIRD PARTY COMPLAINT |

Third-party plaintiff OLSON CO. & STEEL and third-party defendant ERIC F. ANDERSON, INC. hereby stipulate that ERIC F. ANDERSON, INC. shall file and serve either Answer and/or responsive pleading to OLSON CO. & STEEL's Third-Party Complaint in the above-entitled action on or before September 26, 2008.

Dated: September 8, 2008    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
DUANE C. MUSFELT, ESQ.
Attorneys for Third Party Plaintiff
OLSON CO. & STEEL

Dated: September 9, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
MICHAEL W. BOLECHOWSKI, ESQ.
ERIC S. WONG, ESQ.

C:\DOCUME~1\musfelt\LOCALS~1\Temp\XPGRPWISE\SFDOCS01-#374578-v1-Stip_for_EFA_to_Answer_Olson_3rd_party_Complaint.DOC

```
 1                                    Attorneys for Defendants
                                      SAFEWAY, INC. and
 2                                    ERIC F. ANDERSON, INC.

 3   Dated: September 10, 2008        DILLINGHAM & MURPHY, LLP
 4
 5                                    By: /s/
                                          JOHN N. DAHLBERG, ESQ.
 6                                        Attorneys for Defendant
                                          ~~SAFEWAY, INC.~~ DOUG
 7
```

(handwritten: "DOUG" replacing struck-through "SAFEWAY, INC.")