| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
| | WILLIAM F. MURPHY (CSB NO. 082482) |
| 2 | JOHN N. DAHLBERG (CSB NO. 085122) |
| | J. CROSS CREASON, III (CSB NO. 209492) |
| 3 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 4 | Telephone:    (415) 397-2700 |
| | Facsimile:    (415) 397-3300 |
| 5 | |
| 6 | Attorneys for SAFEWAY, INC., |
| | GARY DOVE and DEBORAH DOVE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | CONCETTA JORGENSEN, | Case No.: No. C07-03278 CW |
| 11 | Plaintiff, | **ORDER** |
| 12 | vs. | |
| 13 | SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1-50, inclusive, | |
| 14 | | |
| 15 | Defendant. | |
| 16 | SAFEWAY, INC., | |
| 17 | Defendant/Third Party Plaintiff, | |
| 18 | v. | |
| 19 | RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive, | |
| 20 | | |
| 21 | Third Party Defendants | |
| 22 | | |
| 23 | OLSON & CO. STEEL, | |
| 24 | Third Party Plaintiff, | |
| 25 | v. | |
| 26 | ERIC F. ANDERSON, INC., and ROES through 25 inclusive, | |
| 27 | Third Party Defendants. | |
| 28 | | |

Case No. C07-03278 CW        1
**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | GOOD CAUSE APPEARING, |
| 2 |     Pursuant to Local Rule 6-9(d), defendants Gary Dove and Deborah Dove are excused |
| 3 | from appearing at the January 8, 2009 mediation in this matter, provided they are available by |
| 4 | telephone and by facsimile or email, such that they will be able to print, sign and return |
| 5 | documents as may be needed that day. |

    12/31/08

DATE: _____

_____
UNITED STATES DISTRICT COURT JUDGE