DUANE C. MUSFELT, SB# 72058
  E-Mail: musfelt@lbbslaw.com
THERESA A. DILLARD, SB# 236887
  E-Mail: dillard@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Third Party Defendant and
Third Party Plaintiff OLSON & CO. STEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____<br>SAFEWAY, INC.,<br><br>    Defendant/Third Party Plaintiff,<br><br>    v.<br><br>RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive,<br><br>    Third Party Defendants.<br>_____<br>OLSON & CO. STEEL,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>ERIC F. ANDERSON, INC., and ROES 1 through 25, inclusive,<br><br>    Third Party Defendants.<br>_____ | CASE NO. CV-07-03278 CW<br><br>**The Honorable Claudia Wilken**<br>**Dept. 2**<br><br>**STIPULATION AND ORDER TO REMOVE MEDIATION BRIEF OF OLSON & CO. STEEL FROM THE COURT'S DOCKET AND RECORDS**<br><br>ACTION FILED:    6/22/07<br>TRIAL DATE:       Not Yet Set |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of their respective clients, which constitutes agreement between all of the parties to this matter and their attorneys of records, that the Mediation Brief of Olson & Co. Steel, Document Number 34, filed in error with this Court on January 5, 2009, shall be permanently removed from this Court's docket and records, upon approval of this Stipulation by the Court's signature of the following [Proposed] Order.

DATED: January ___, 2009   LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Duane C. Musfelt
Theresa A. Dillard
Attorneys for Third Party Defendant/Third Party Plaintiff OLSON & CO. STEEL

DATED: January ___, 2009   LAW OFFICES OF PAUL L. REIN

By _____
Paul L. Rein
Attorneys for Plaintiff CONCETTA JORGENSEN

DATED: January ___, 2009   GEARINGER LAW GROUP

By _____
Brian Gearinger
Attorneys for Plaintiff CONCETTA JORGENSEN

DATED: January ___, 2009   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By _____
Michael Bolechowski
Eric S. Wong
Attorneys for Defendant/Third Party Plaintiff SAFEWAY, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4824-7461-0179.1                -2-
STIPULATION AND [PROPOSED] ORDER TO REMOVE MEDIATION BRIEF FROM COURT'S DOCKET AND RECORDS

| | |
|---|---|
| DATED: January ___, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By _____
Michael Bolechowski
Eric S. Wong
Attorneys for Third Party Defendant ERIC F. ANDERSON

DATED: January ___, 2009    DILLINGHAM & MURPHY LLP

By _____
John Dahlberg
Attorneys for Defendants GARY & DEBORAH DOVE

DATED: January ___, 2009    CLAPP, MORONEY, BELLAGAMBA & VUCINICH LLP

By _____
Jeffrey Vucinich
Patrick Co.
Attorneys for Third Party Defendant RANSOME COMPANY

### **ORDER**

Pursuant to Stipulation and for good cause showing, the Mediation Brief of Olson & Co. Steel, Document Number 34, is hereby removed PERMANENTLY from the Court's docket and records.

**IT IS SO ORDERED.**

Date: 1/29 _____, 2009    *Claudia Wilken*
_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580