PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone:   415/440-3175
Facsimile:    415/440-3103

Attorneys for Plaintiff
CONCETTA JORGENSEN

John N. Dahlberg, Esq. (SBN 082482)
DILLINGHAM & MURPHY, LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207

Attorneys for Defendant
SAFEWAY, INC.

Michael W. Bolechowski, Esq. (SBN 119725)
WILSON, ELSER, MOSKOWITZ, et al.
525 Market St., 17th Floor
San Francisco, CA 94105-2725

Attorneys for Defendants
GARY DOVE and DEBORAH DOVE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; GARY DOVE; DEBORAH DOVE; and DOES 1-50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 07-3278 CW<br><u>Civil Rights</u><br><br>**JOINT STIPULATION AND ORDER GRANTING ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND REQUESTING CASE MANAGEMENT CONFERENCE** |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S INITIAL DISCLOSURES    C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\~7680037.wpd

1

1    Plaintiff CONCETTA JORGENSEN and defendants SAFEWAY, INC.; GARY DOVE; and DEBORAH DOVE hereby jointly stipulate and request through their attorneys of record that the Court grant Administrative Relief from General Order 56, and further request that the Court set a Case Management Conference so that the parties may begin formal discovery to resolve plaintiff's claims. This request is based on the following good cause:

1.    The instant case is an action arising out of the alleged inaccessibility of the Safeway store located at 2 Camino Sobrante, Orinda, California. Plaintiff, then 66 years old, filed her action June 22, 2007, seeking renovations of defendants' facilities to make them accessible for use by physically disabled persons, as well as for damages, attorney fees, litigation expenses and costs. Damages claimed included personal injury damages for a fractured collarbone.

2.    The parties have cooperated in an attempt to resolve the case through mediation under General Order 56. Mediator Daniel Bowling conducted pre-mediation telephone conferences on February 22 and April 14, 2008. He presided over an all-day mediation attended by all parties on January 8, 2009. He scheduled a defendants-only mediation for February 19, 2009, and a second all-parties mediation for March 12, 2009. On February 12, 2009, he rescheduled the defendants-only mediation for March 9, 2009. After presiding over an all-day, defendants-only mediation on March 9, 2009, he cancelled the all-parties mediation scheduled for March 12, 2009. Subsequently he has conducted numerous separate telephone conferences with counsel for defendants and plaintiff.

3.    All parties agree that further settlement discussions would be fruitless until such time as formal discovery is allowed, and that the parties should commence with formal discovery as soon as is permitted by the Court. The parties believe granting administrative relief will give them the best chance at resolving plaintiff's claims.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S INITIAL DISCLOSURES        C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\~7680037.wpd

-2-

4. The parties have agreed to continue voluntary mediation with Mr. Bowling as soon as it becomes appropriate, on a parallel track with discovery. The parties request that the Court expressly order that Mr. Bowling retain jurisdiction to preside over any further mediation sessions.

5. The parties therefore jointly request that the Court grant Administrative Relief from General Order 56 and request a Case Management Conference at the Court's earliest opportunity.

6. Granting this Stipulation and [Proposed] Order, rather than requiring that a Motion for Administrative Relief be filed, will save judicial resources and prevent unnecessary increases in attorney fees, litigation expenses and costs.

Dated: _____, 2009           LAW OFFICES OF PAUL L. REIN
                                  GEARINGER LAW GROUP


                                  _____
                                  By CELIA McGUINNESS
                                  Attorneys for Plaintiff
                                  CONCETTA JORGENSEN


Dated: _____, 2009           DILLINGHAM & MURPHY, LLP


                                  _____
                                  By JOHN N. DAHLBERG
                                  Attorneys for Defendant
                                  SAFEWAY, INC.


Dated: _____, 2009           WILSON, ELSER, MOSKOWITZ, et al.



                                  _____
                                  By MICHAEL W. BOLECHOWSKI
                                  Attorneys for Defendants
                                  GARY DOVE and DEBORAH DOVE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S INITIAL DISCLOSURES     C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\~7680037.wpd

-3-

# ORDER

Good Cause having been shown, pursuant to the parties' stipulation, the Court hereby GRANTS administrative relief from General Order 56 and ORDERS a Case Management Conferences set for **May 12, 2009, at 2:00 p.m.**, with the Joint Case Management Conference Statement to be filed on or before **May 5, 2009.** The Court further ORDERS that Daniel Bowling retains jurisdiction to preside over any further mediation sessions, **as long as he is willing.**

**IT IS SO ORDERED.**

Dated: 4/29, 2009

_____
HON. CLAUDIA WILKEN
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S INITIAL DISCLOSURES      -4-      C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\~7680037.wpd