MICHAEL W. BOLECHOWSKI, ESQ. (SBN 118725)
ERIC S. WONG, ESQ., (SBN 197310)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
SAFEWAY, INC. AND
ERIC F. ANDERSON, INC.

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY, ESQ. (SBN 082482)
JOHN N. DAHLBERG (SBN 085122)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant,
SAFEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA JORGENSEN, | Case No. C07-03278 |
| Plaintiff, | STIPULATION TO DISMISS |
| v. | |
| SAFEWAY, INC., GARY DOVE; DEBORAH DOVE; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| SAFEWAY, INC., | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| RANSOME COMPANY; OLSON & CO. STEEL; and MOES 1 through 25, inclusive, | |
| Third Party Defendants. | |

1
STIPULATION TO DISMISS
Case No. C07-03278 CW

471060.1

```
 1 | OLSON & CO. STEEL,                        )
   |                                           )
 2 |         Third Party Plaintiff,            )
   |                                           )
 3 |    v.                                     )
   |                                           )
 4 | ERIC F. ANDERSON, INC., and ROES 1        )
   | through 25, inclusive,                    )
 5 |                                           )
   |         Third Party Defendants.           )
 6 | _____)
```

7    Defendant and Third Party Plaintiff Safeway, Inc., Third Party Defendants Olson & Co.
8 Steel and Eric F. Anderson, Inc. stipulate and agree that the Third Party Complaints of Safeway,
9 Inc. against Olson & Co. Steel, and of Olson & Co. Steel against Eric F. Anderson, Inc. should be
10 dismissed with prejudice following the settlement of these actions.

11
12 Dated: August 26, 2009    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

13                           By: _____/s/_____
14                                MICHAEL W. BOLECHOWSKI, ESQ.
                                  ERIC S. WONG, ESQ.
                                  Attorneys for Defendant and Third Party Defendant
15                                SAFEWAY, INC. and Defendant ERIC F. ANDERSON, INC.

16 Dated: August 26, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP
17
18                           By: _____/s/_____
                                  DUANE C. MUSFELT
19                                ALEX GRAFT
                                  Attorney for Third Party Plaintiff
20                                OLSON & CO. STEEL
21

22 **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.**

23
24
25
26
27
                                         2
28                              STIPULATION TO DISMISS
   Case No. C07-03278 CW

   471060.1

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)